# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**KATHERINE R. WARREN**  PLAINTIFF
**ADC# 714772**

V.                    4:19-CV-65 SWW

**GEORGIA A. FIGURES,** *et al*.              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that

1. Plaintiff's Complaint (Doc. No. 2) is DISMISSED, without prejudice, for failure to state a claim on which relief may be granted.

2. The dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

IT IS SO ORDERED this 14th day of March, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE