# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**KATHERINE R. WARREN**  PLAINTIFF
**ADC# 714772**

V.                         4:19-CV-65 SWW

**GEORGIA A. FIGURES,** *et al*.                         DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 14th day of March, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE